FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JAN 2 5 2017

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BUCK'S, INC.,

        Plaintiff,

v.

QUIKTRIP CORPORATION, an Oklahoma
Corporation

        Defendant.

Case No. 8:15-cv-00340

**ORDER ON FINAL PRETRIAL
CONFERENCE**

A final pretrial conference was held on the 20th day of October, 2016. Appearing for the

parties as counsel were:

Kristopher J. Covi, counsel for Plaintiff Buck's, Inc. ("Buck's" or "Plaintiff");

Robert Slovek and Amy L. Van Horne, counsel for Defendant QuikTrip Corporation

("QuikTrip" or "Defendant").

    **(A)**    **Exhibits.** [1] See attached Joint Trial Exhibit List.

    **(B)**    **Uncontroverted Facts.** The parties have agreed that the following may be
accepted as established facts for purposes of this case only:

    1.    The property in dispute is located at Interstate 80 and Highway 370 ("Property").

    2.    The Property was owned by James Murray, or an entity owned or controlled by
James Murray, Murray Fields Sapp ("Seller").

    3.    Lee Ehlers was the real estate broker for Seller.

    4.    Jerry Huber was the real estate broker for QuikTrip.

    5.    Michael Earl was the real estate broker for Buck's.

    6.    James Murray desired to sell the Property.

---

[1]Caution: Upon express approval of the judge holding the pretrial conference for good cause shown, the parties may
be authorized to defer listing of exhibits or objections until a later date to be specified by the judge holding the
pretrial conference. The mere listing of an exhibit on an exhibit list by a party does not mean it can be offered into
evidence by the adverse party without all necessary evidentiary prerequisites being met.

**(C)   Controverted Facts and Unresolved Issues.[2]**

1.     Whether Buck's had a valid [legally sufficient] business expectancy to purchase the Property from Seller.

2.     Whether QuikTrip knew of Buck's interest in the Property.

3.     Whether QuikTrip committed an unjustified intentional act of interference.

4.     Whether the [alleged] interference caused harm to Buck's.

5.     Whether Buck's suffered damage as a result of [alleged] unjustified interference by QuikTrip and the amount of those [alleged] damages.

6.     Whether Plaintiff failed to use reasonable care and diligence to mitigate its own damages.

7.     Whether Plaintiff is entitled to the remedy of a constructive trust as a matter of law because QuikTrip obtained title to the Property by fraud, misrepresentation or abuse of an influential or confidential relationship.

8.     Whether QuikTrip is entitled to quiet title in the Property.

**(D)   Witnesses.[3]**   All witnesses, including rebuttal witnesses, expected to be called to testify by Plaintiff, except those who maybe called for impeachment purposes as defined in NECivR 16.2(c) only, are:

| Name | Address |
|------|---------|
| Steven J. Buchanan | Omaha, NE |
| Nichole Mallett | Omaha, NE |
| Michael Earl | Omaha, NE |
| Jerry Huber | Omaha, NE |
| Lee Ehlers | Omaha, NE |

---

[2] The parties incorporate the issues decided by the Court in ruling on the motions in limine and/or identified by the Court as not being ripe for decision at this time.

[3] It is understood that, except upon a showing of good cause, no witness whose name and address does not appear herein shall be permitted to testify over objection for any purpose except impeachment. A witness whose only testimony is intended to establish foundation for an exhibit for which foundation has not been waived shall not be permitted to testify for any other purpose, over objection, unless such witness has been disclosed pursuant to Federal Rule of Civil Procedure 26(a)(3). A witness appearing on any party's witness list may be called by any other party.

| James Murray | Omaha, NE |
| Michael Talcott | Gardner, KS |
| Kelly Vaughan | Waxhaw, NC |

In addition to any witnesses who may be called solely to establish foundation for an exhibit, Plaintiff may call the following witnesses if the need arises:

| Name | Address |
| --- | --- |
| John Perlebach | Omaha, NE |

All witnesses, including rebuttal witnesses, expected to be called to testify by Defendant, except those who may be called for impeachment purposes as defined in NECivR 16.2(c) only, are:

| Name | Address |
| --- | --- |
| James Murray | Omaha, NE |
| Michael C. Talcott | Gardner, KS |
| Kelly P. Vaughan | Waxhaw, NC |
| Jerry Huber | Omaha, NE |
| Lee Ehlers | Omaha, NE |
| Michael Earl | Omaha, NE |
| John Perelebach | Omaha, NE |
| Nichole Mallett | Omaha, NE |
| Steven J. Buchanan | Omaha, NE |
| Michael P. "Fuzzy" White | Kansas City, MO |

In addition to any witnesses who may be called solely to establish foundation for an exhibit, Defendant may call the following witnesses if the need arises:

| Name | Address | Name |
| --- | --- | --- |
| None | | |

3

Any witness identified above by Plaintiff.

**(E)    Expert Witnesses' Qualifications.**

Experts to be called by Plaintiff and their qualifications are:  No expert witnesses will be called by Plaintiff.

Experts to be called by Defendant and their qualifications are:  No expert witnesses will be called by Defendant.

**(F)    Voir Dire.**  Counsel have reviewed Federal Rule of Civil Procedure 47(a) and NECivR 47.2(a) and suggest the following with regard to the conduct of juror examination:

Following the Court's examination, counsel for the parties shall be granted thirty (30) minutes each to examine the jury.

**(G)    Number of Jurors.**  Counsel have reviewed Federal Rule of Civil Procedure 48 and NECivR 48.1 and suggest the following:

Counsel suggest this matter be tried to a jury composed of possibly nine (9), but no less than six (6) members.

**(H)    Verdict.**    The parties will not stipulate to a less-than-unanimous verdict. However, after six (6) hours of deliberation, the parties will stipulate to a verdict of either 7-2 or 7-1, depending on total number of jurors.

**(I)    Briefs, Instructions, and Proposed Findings.**  Counsel have reviewed NECivR 39.2(a), 51.1(a), and 52.1, and suggest the following schedule for filing trial briefs, proposed jury instructions, and proposed findings of fact, as applicable:

Unless otherwise ordered, trial briefs and proposed jury instructions shall be filed five (5) days before the first day of trial.  Proposed findings of fact are non-applicable in this matter.

**(J)    Length of Trial.**  Counsel estimate the length of trial will consume not less than five (5) days, not more than seven (7) days, and probably about five (5) days.

**(K)    Trial Date.**    Trial is set to commence on February 6, 2017.

BUCK'S, INC., Plaintiff,

By: ___*Kristopher J. Covi*_____
    Kristopher J. Covi #21462
    McGrath North Mullin & Kratz, PC LLO
    First National Tower, Suite 3700

4

1601 Dodge Street
Omaha, NE 68102
Telephone: (402) 341-3070
kcovi@mcgrathnorth.com

QUIKTRIP CORPORATION, Defendant,

By: *Robert M. Slovek*

Robert M. Slovek #17798
Amy L. Van Horne, #22520
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
robert.slovek@kutakrock.com
amy.vanhorne@kutakrock.com

**DATED: JANUARY** _2 5_ , **2017.**

BY THE COURT:

F.A. Gossett, III
United States Magistrate Judge

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BUCK'S, INC.,

      Plaintiff,

v.

QUIKTRIP CORPORATION, an Oklahoma
Corporation

      Defendant.

**DEFENDANT'S DESIGNATION OF
DEPOSITION TESTIMONY AND
DISCOVERY RESPONSES**

Pursuant to Fed. R. Civ. P. 26(a)(3), and in accordance with the Court's Amended Order

Setting Final Schedule for Progression of Case dated June 17, 2016, (Doc. 26), Defendant

QuikTrip Corporation hereby identifies the following portions of each deposition, designated by

page and line, and discovery responses that it intends to present at trial of the above-captioned

matter, other than solely for impeachment purposes:

## I.  DEPOSITION TESTIMONY

    A.  The deposition of Steve Buchanan taken January 27, 2016:

        Page/Line Reference

        5:9-11
        5:23-6:1
        8:10-11
        22:2-12
        26:19-23
        28:20-25
        36:21-37:3
        37:18-23
        53:19-25
        56:21-57:3
        65:3-6
        77:7-82:2
        86:1-18
        90:21-91:2

4814-9298-0538.2

94:23-95:14
103:6-104:5
108:23-109:3
125:14-17
136:13-17
137:17-20
153:23-154:16
155:24-156:4
156:11-15
160:3-5

B.    The continued deposition of Steve Buchanan, taken October 11, 2016

Page/Line Reference

3:10-4:3
5:16-25; 6:1-6.6
6:6-7:18
8:8-9:25
12:24-13:19
16:2-6
16:7-19
16:25-17:15
18:19-19:3
21:7-10
21:22-22:13
23:1-14
25:16-22
26:23-28:24
28:25-32:19
33:5-10
35:14-21
38:7-21
46:14-48:1
48:21-49:22
50:17-51:11
51:18-53:9
58:16-25; 59:1-3
59:20-22
60:3-12
66:3-10
71:21-25; 72:1-4
75:3-10
75:11-22
78:21-25; 79:1

2

82:24-25; 83:1-3
83:4-10
87:8-10
87-11-14

C.   The deposition of Lee Ehlers, taken September 20, 2016

Page/Line Reference

6:10-11
23:4-24:22
25:1-26:12
29:10-19
31:12-20
38:17-40:5
43:7-25
46:12-47:2
62:7-17
63:12-15

D.   The deposition of James Murray taken September 20, 2016

Page/Line Reference:

5:17-23
7:11-12
8:14-17
25:16-26:5
27:23-28:6
31:12-21
33:25-34:5
44:6-7
45:13-25
46:4-8
54:3-7
79:22-80:7
92:6-19

E.    The deposition of John Perlebach taken September 21, 2016

Line/Page Reference:

4:10-11
6:11-17
8:5-8
8:21-25
10:11-18
14:22-24
24:19-25:11
27:16-28:3
35:10-19
38:12-39:13
52:20-53:2

F.    Deposition of Nichole Mallett taken October 5, 2016

Line/Page Reference:

4:10-11
6:6-11
12:1-7
64:1-14
72:17-23

G.    Deposition of Mike Talcott taken August 3, 2016

Line/Page Reference:

10:9-16
26:24-27:7
25:12-25
32:15-33:5
40:7-13
41:2-12
43:4-14
44:7-45:16
46:5-47:3
57:23-58:25
61:7-62:20
64:14-22
68:25-69:20
70:25-71:17

4

4814-9298-0538.2

74:4-75:10
76:24-77:7
82:9-82:11
84:5-84:13
87:2-88:5
89:14-89:22
90:18-25; 91:1-15
92:13-18
96:13-23
95:20-96:5
99:7-99:14
100:5-101:8
102:2-5
111:21-112:5
114:4-10

H.     Deposition of Kelly Vaughan taken August 3, 2016

       Line/Page Reference:

       5:16-25;6:1-8
       15:25-17:5
       20:20-21:5
       21:16-22:2
       24:7-24:12
       25:20-26:9
       28:7-18
       30:5-30:11
       32:14-34:2
       34:3-8
       34:25-35:17
       36:9-36:19
       36:20-25;37:2
       40:24-41:7
       42:4-9
       43:6-24
       44:14-22
       45:17-22
       51:11-18
       53:3-20

5

## II.     DISCOVERY RESPONSES

Plaintiff's Answers to Interrogatories
Plaintiff's Answers to Second Set of Interrogatories

6

4814-9298-0538.2

Dated this _____ day of October, 2016.

QUIKTRIP CORPORATION, Defendant

By: */s/ Amy L. Van Horne*
    Robert M. Slovek, #17798
    Amy L. Van Horne, #22520
    KUTAK ROCK LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, Nebraska 68102
    Telephone: (402) 346-6000
    Facsimile: (402) 346-1148
    robert.slovek@kutakrock.com
    amy.vanhorne@kutakrock.com

## CERTIFICATE OF SERVICE

I hereby certify that on October _____, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Kristopher J. Covi
    McGrath North Mullin & Kratz, PC LLO
    First National Tower, Suite 3700
    1601 Dodge Street
    Omaha, NE 68102
    kcovi@mcgrathnorth.com

By */s/ Amy L. Van Horne*
Amy L. Van Horne

7

4814-9298-0538.2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

BUCK'S, INC.,

   Plaintiff,

v.

QUIKTRIP CORPORATION, an Oklahoma
Corporation

   Defendant.

**JOINT LIST OF EXHIBITS**

Case Number: 8:15-cv-00340-LSC-FG3
Courtroom Deputy:
Court Reporter:

Trial Dates(s):

| EXHIBIT NO. | | | | | | | | |
| PLT. | DEF. | 3RD PTY. | DESCRIPTION | OFF. | OBJ. | RCVD. | NOT RCVD. | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Jim Murray's Notes (Murray Dep. Ex. 2) | | H,R | | | |
| 2 | | | 09/17/13 Purchase Agreement (BKS00147 - BKS00149) (Buchanan Dep. Ex. 5) | | | | | |
| 3 | | | 09/24/13 Email from Earl to Perlebach (BKS00170) (Buchanan Dep. Ex. 6) | | | | | |
| 4 | | | 07/11/14 Email from Huber to Talcott (QT000941 – QT000952) | | | | | |
| 5 | | | 11/11/14 Email from Buchanan to Perlebach (BKS00179) (Buchanan Dep. Ex. 7) | | | | | |
| 6 | | | 11/17/14 Email from Huber to Talcott w/ att. (QT000095-QT000106) (Talcott Dep. Ex. 1) | | | | | |
| 7 | | | 11/17/14 Email from Huber to Talcott (QT000129) (Talcott Dep. Ex. 2) | | | | | |
| 8 | | | 11/18/14 Email from Earl to Mallett | | | | | |
| 9 | | | 11/20/14 Email from Talcott to Huber | | | | | |
| 10 | | | 11/26/14 Email from Huber to Talcott w/ | | | | | |

OBJECTIONS:
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)
4814-5870-0096.1

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLT. | DEF. | 3RD PTY. | DESCRIPTION | OFF. | OBJ. | RCVD. | NOT RCVD. | DATE |
| | | | att. (Talcott Dep. Ex. 3) | | | | | |
| 11 | | | 12/01/14 Email from Huber to Ehlers w/ att. (INVR-SUB000028 - INVR-SUB000040) | | | | | |
| 12 | | | 12/02/14 Email from Earl to Buchanan and Perlebach w/att (BKS00171 - BKS00172) (Buchanan Dep. Ex. 9) | | O (inco mplet e) | | | |
| 13 | | | 12/04/14 Email from Earl to Ehlers w/ att. | | F,R | | | |
| 14 | | | 12/04/14 Purchase Agreement (BKS00219 - BKS00223) | | O (dup) | | | |
| 15 | | | 12/05/14 Email from Earl to Buchanan w/ att. (BKS00214 - BKS00223) (Buchanan Dep. Ex. 10) | | | | | |
| 16 | | | 12/5/14 Email from Talcott to Huber (Talcott Dep. Ex. 5) | | | | | |
| 17 | | | 12/05/14 Email from Huber to Ehlers w/ att. (INVR-SUB000391-INVR-SUB000403) | | | | | |
| 18 | | | 12/05/14 Email from Huber to Ehlers | | | | | |
| 19 | | | 12/05/14 Email from Talcott to Murray (QT001284) | | | | | |
| 20 | | | 12/05/14 Email from Earl to Buchanan w/ att. (BKS00214-BKS00223) (Buchanan Dep. Ex. 10) | | O (dup) | | | |
| 21 | | | 12/05/14 Email from Huber to Talcott (QT000133) (Talcott Dep. Ex. 6) | | | | | |
| 22 | | | 12/06/14 Email from Murray to Talcott (QT001286) | | | | | |
| 23 | | | 12/05/14 Contract of Purchase of Real Estate (QT000001 - QT000012) (Buchanan Dep. Ex. 12) | | | | | |

OBJECTIONS:
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)
4814-5870-0096.1

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLT. | DEF. | 3RD PTY. | DESCRIPTION | OFF. | OBJ. | RCVD. | NOT RCVD. | DATE |
| 24 | | | 12/08/14 Email from Earl to Buchanan (BKS00225) (Buchanan Dep. Ex. 11) | | | | | |
| 25 | | | 12/09/14 Email from Huber to Ehlers (INVR-SUB000067 - INVR-SUB000068) | | H | | | |
| 26 | | | 12/10/14 Email from Perlebach to Earl and Mallett w/ att. (BKS00209 - BKS00212) (Buchanan Depo Ex. 13) | | | | | |
| 27 | | | 12/10/14 Email from Earl to Perlebach and Mallett w/ att. (BKS00233 - BKS00236) (Buchanan Dep. Ex. 14) | | | | | |
| 28 | | | 12/11/14 Email from Huber to Talcott w/ att. (QT000050 - QT000062) (Talcott Dep. Ex. 8) | | | | | |
| 29 | | | 12/11/14 Email from Murray to Ehlers (QT001232 - QT001233) | | | | | |
| 30 | | | 12/11/14 Email from Huber to Talcott w/ att. (QT000923-QT000935) | | | | | |
| 31 | | | 12/12/14 Email from Huber to Ehlers w/ att. | | | | | |
| 32 | | | 12/15/14 Email from Huber to Talcott (QT000130) (Talcott Dep. Ex. 9) | | | | | |
| 33 | | | 12/16/14 Email from Ehlers to Earl | | H, F | | | |
| 34 | | | 12/17/14 Email from Talcott to Huber (QT001306) | | O (incomplete) | | | |
| 35 | | | 12/19/14 Fax from Talcott to Murray w/ att. | | | | | |
| 36 | | | 12/19/14 Email from Mallett to Earl w/ att. (BKS00150-BKS00158) (Buchanan Dep. Ex. 17) | | | | | |
| 37 | | | 12/19/14 Email from Earl to Ehlers w/ att. | | | | | |

OBJECTIONS:
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)
4814-5870-0096.1

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLT. | DEF. | 3RD PTY. | DESCRIPTION | OFF. | OBJ. | RCVD. | NOT RCVD. | DATE |
| 38 | | | 12/22/14 Email from Murray to Ehlers | | O (inco mplet e) | | | |
| 39 | | | 12/22/14 Email from Murray to Talcott (Talcott Dep. Ex. 10) | | H | | | |
| 40 | | | 12/22/14 Email from Huber to Ehlers w/ att. (Talcott Dep. Ex. 11) | | | | | |
| 41 | | | 12/23/14 Email from Sleeth to Murray w/att (QT001242-QT001243) | | | | | |
| 42 | | | 12/29/14 Email from Ehlers to Perlebach (BKS00213) (Buchanan Dep. Ex. 19) | | | | | |
| 43 | | | 12/29/14 Email from Murray to French w/ att. | | | | | |
| 44 | | | 12/31/14 Email from Earl to Buchanan and Perlebach w/ att. (BKS00160 - BKS00168) (Buchanan Dep. Ex. 22) | | | | | |
| 45 | | | 01/06/15 Email from Earl to Buchanan and Perlebach w/ att. (BKS00186 - BKS00205) (Buchanan Depo Ex. 23) | | | | | |
| 46 | | | Notice of Equitable Interest Filed 12/30/14 (QT001041 - QT001042) | | | | | |
| 47 | | | 01/06/15 Letter from White to Murray w/ att. (QT000020 - QT000049) | | | | | |
| 48 | | | 01/08/15 Email from Mallett to Earl w/ att. | | | | | |
| 49 | | | 01/09/15 Email from Earl to Buchanan (BKS00159) (Buchanan Dep. Ex. 24) | | | | | |
| 50 | | | 01/09/15 Letter from Murray to White (QT000334 - QT000335) (Talcott Dep. Ex. 14) | | H | | | |
| 51 | | | 01/12/15 Email from Mallett to Earl (BKS00226 - BKS00228) (Buchanan | | | | | |

OBJECTIONS:
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)
4814-5870-0096.1

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLT. | DEF. | 3RD PTY. | DESCRIPTION | OFF. | OBJ. | RCVD. | NOT RCVD. | DATE |
| | | | Depo Ex. 25) | | | | | |
| 52 | | | 01/12/15 Email from Earl to Mallett (BKS00229 - BKS00232) (Buchanan Dep. Ex. 26) | | | | | |
| 53 | | | 01/13/15 Email from Ehlers to Murray and French | | | | | |
| 54 | | | 01/20/15 Email from Huber to Talcott | | R | | | |
| 55 | | | 01/21/15 Email from Talcott to Murray (QT001291 - QT001290) | | R | | | |
| 56 | | | 01/22/15 Email from Earl to Buchanan (BKS00241) (Buchanan Depo Ex. 27) | | | | | |
| 57 | | | 01/26/15 Email from Waters to Van Horne (QT000296 - QT000297) (Talcott Dep. Ex. 15) | | R, H, O (408) | | | |
| 58 | | | 01/27/15 Email from Earl to Mallott, Buchanan and Perlebach w/ att. | | | | | |
| 59 | | | 01/28/15 Email from Waters to Slovek (PRIV-QT000067 - PRIV-QT000068) (Talcott Dep. Ex. 16) | | R, H, O (408) | | | |
| 60 | | | 02/04/15 Email from Murray to Ehlers (INVR-SUB000241-INVR-SUB000242) | | | | | |
| 61 | | | 02/11/15 Email from Ehlers to Thaemert (INVR-SUB000254-INVR-SUB000255) | | | | | |
| 62 | | | 02/17/15 Contract for Purchase of Real Estate (QT000037 - QT000049) (Buchanan Dep. Ex. 28) | | R | | | |
| 63 | | | 05/08/15 Email from Earl to Ehlers w/ att. (INVR-SUB000311-INVR-SUB000313) | | | | | |
| 64 | | | 05/15/15 Email from Earl to Ehlers w/ att. (INVR-SUB000320-INVR-SUB000323) | | | | | |
| 65 | | | 05/16/15 Email from Earl to Murray | | | | | |

OBJECTIONS:
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)
4814-5870-0096.1

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLT. | DEF. | 3RD PTY. | DESCRIPTION | OFF. | OBJ. | RCVD. | NOT RCVD. | DATE |
| 66 | | | 05/19/15 Email from Earl to Murray | | | | | |
| 67 | | | 07/14/15 Email from Murray to Ehlers | | | | | |
| 68 | | | MPSI Report (BKS00300) | | R,H, F, O | | | |
| 69 | | | Income Proforma HWY 370 (BKS00301) | | R, H, F, O | | | |
| 70 | | | Operating Expense Detail (BKS00302-303) | | R, H, F, O | | | |
| 71 | | | Income Statement for Three Stores (BKS00307-335) | | R, H, F, O | | | |
| 72 | | | Fiscal Year Averages 2015-2017 For Three Stores (BKS00304) | | R, H, F, O | | | |
| 73 | | | Total Costs Proforma (BKS00336) | | R, H, F, O | | | |
| 74 | | | Complaint filed January 27, 2015 in Sarpy County for Slander of Title & Request for Declaratory Relief (*Murray Fields Sapp, LLC, a Nebraska limited liability company v. QuikTrip Corporation, an Oklahoma Corporation*) | | R,H | | | |
| 75 | | | Contract for Purchase of Real Estate dated December 1, 2014 (MUR00369-MUR00380) | | R,H | | | |
| | 101 | | Contract for Purchase of Real Estate dated November 26, 2014 (QT000001 – QT000012) (Buchanan Dep. Ex. 12) | | | | | |
| | 102 | | Notice of Equitable Interest dated December 30, 2014 (QT000035-QT000036) (Buchanan Dep. Ex. 30) | | | | | |
| | 103 | | Commercial Land for Sale, Property Features (BKS00180 – BKS00185) (Buchanan Dep. Ex. 1) | | | | | |
| | 104 | | Contract for Purchase of Real Estate dated March 23, 2007 (QT000172-QT000182) | | | | | |

OBJECTIONS:
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)
4814-5870-0096.1

| EXHIBIT NO. | | | | | | | | |
|------|------|-----|-------------|------|------|-------|-------|-------|
| PLT. | DEF. | 3RD PTY. | DESCRIPTION | OFF. | OBJ. | RCVD. | NOT RCVD. | DATE |
| | | | (Buchanan Dep. Ex. 3) | | | | | |
| | 105 | | Email from Huber to Talcott dated July 11, 2014 providing proposed redline changes (QT000941-QT000952) (Ehlers Dep. Ex. 1) | | | | | |
| | 106 | | Email from Huber to Talcott dated November 17, 2014 providing draft (QT000095-QT000106) (Talcott Dep. Ex. 1) | | | | | |
| | 107 | | Email between Huber & Talcott dated November 26, 2014 (INVR-SUB000041-INVR-SUB000053)(Talcott Dep. Ex. 3) | | | | | |
| | 108 | | Email between Huber & Talcott dated December 1, 2014 (INVR-SUB000028-INVR-SUB000040) (Ehlers Dep. Ex. 10) | | | | | |
| | 109 | | Email String between Huber & Talcott dated December 5, 2014 (INVR-SUB000054) (Talcott Dep. Ex. 5) | | | | | |
| | 110 | | Email String with Attached Contract for Purchase of Real Estate (INVR-SUB000391-403) (Ehlers Dep. Ex. 2) | | | | | |
| | 111 | | Email from Huber to Talcott RE Congrats dated December 5, 2014 (QT000133) (Talcott Dep. Ex. 6) | | | | | |
| | 112 | | 12/5/14 and 12/6/14 Email Exchange Between Jim Murray and Mike Talcott (QT001286) (Ehlers Dep. Ex. 12) | | | | | |
| | 113 | | Email dated December 5, 2014 between Murray and Talcott (QT001284) (Ehlers Dep. Ex. 13) | | | | | |
| | 114 | | 12/5/14 to 12/9/14 Email Exchange (INVR-SUB000067-INVR-SUB000068) (Ehlers Dep. Ex. 15) | | | | | |
| | 115 | | Email from Huber to Talcott RE Contract Status dated December 11, 2014 | | | | | |

OBJECTIONS:
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)
4814-5870-0096.1

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLT. | DEF. | 3RD PTY. | DESCRIPTION | OFF. | OBJ. | RCVD. | NOT RCVD. | DATE |
| | | | (QT000134) (Talcott Dep. Ex. 7) | | | | | |
| | 116 | | 12/11/14 Email Exchange (QT001232-1233) (Ehlers Dep. Ex. 3) | | | | | |
| | 117 | | Email String between Huber & Talcott RE Contract dated December 11, 2014 (QT000050 – QT000062) (Talcott Dep. Ex. 8) | | | | | |
| | 118 | | Email String between Huber & Talcott RE New Contracts dated December 15, 2014 (QT000130) (Talcott Dep. Ex. 9) | | | | | |
| | 119 | | 12/17/14 Email String Between Mike Talcott and Jerry Huber (QT001306) (Ehlers Dep. Ex. 5) | | | | | |
| | 120 | | QuikTrip Transmittal from Michael Talcott to Jim Murray (QT001312) (Ehlers Dep. Ex. 14) | | | | | |
| | 121 | | Email from Teresa Sleeth to Jim Murray dated December 17 and December 23 regarding earnest money (QT001242 – QT001243) (Murray Dep. Ex. 4) | | | | | |
| | 122 | | Email from Murray to Talcott RE Purchase Agreement Cancellation dated December 22, 2014 (INVR-SUB000360) (Murray Dep. Ex. 3) | | | | | |
| | 123 | | Email String between Huber, Ehlers, & Talcott RE 598 Fully Executed Docs dated December 22, 2014 (INVR-SUB000015-INVR-SUB000027) (Ehlers Dep. Ex. 16) | | | | | |
| | 124 | | January 6, 2015 Correspondence from Michael White to James Murray and Robert Murray, including attachments (QT000020-QT000049) (Murray Dep. Ex. 5) | | | | | |
| | 125 | | Letter, in response to January 9, 2015 letter, dated January 9, 2015 (QT000334 – | | | | | |

OBJECTIONS:
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)
4814-5870-0096.1

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLT. | DEF. | 3RD PTY. | DESCRIPTION | OFF. | OBJ. | RCVD. | NOT RCVD. | DATE |
| | | | QT000335) (Talcott Dep. Ex. 14) | | | | | |
| | 126 | | 598 Timeline (QT001261 – QT001263) (Talcott Dep. Ex. 17) (unredacted) | | | | | |
| | 127 | | Email dated January 21, 2015 from Mike Talcott to Jim Murray (QT001290-QT001291) (Murray Dep. Ex. 6) | | | | | |
| | 128 | | Contract for Purchase of Real Estate dated February 17, 2015 (QT000037 – QT000049) (Buchanan Dep. Ex. 28) | | | | | |
| | 129 | | Murray Handwritten Notes (MUR00035-37) (Murray Dep. Ex. 2) | | | | | |
| | 130 | | Special Warranty Deed filed September 11, 2015 (QT001511 – QT001513) | | | | | |
| | 131 | | Purchase Agreement dated August 16, 2013 (BKS00246 – BKS00250) (Buchanan Dep. Ex. 4) | | | | | |
| | 132 | | Purchase Agreement dated September 17, 2013 (BKS00146 – BKS00149) (Buchanan Dep. Ex. 5) | | | | | |
| | 133 | | Email from Earl to Perlebach dated September 24, 2013 regarding counteroffer (BKS00170) (Buchanan Dep. Ex. 6) | | | | | |
| | 134 | | Email from Buchanan to Perlebach dated November 11, 2014 (BKS00179) (Buchanan Dep. Ex. 7) | | | | | |
| | 135 | | Emails dated September 17, 2013 & December 2, 2014 RE Offer Terms (BKS000171 – BKS000172) (Buchanan Dep. Ex. 9) | | | | | |
| | 136 | | Email from Earl to Ehlers dated December 4, 2014 with contract (Ehlers Dep. Ex. 23) | | | | | |
| | 137 | | December 4, 2014 contract from Lund to Buyer (BKS00219 – BKS00223) (Ehlers | | | | | |

OBJECTIONS:
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)
4814-5870-0096.1

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLT. | DEF. | 3RD PTY. | DESCRIPTION | OFF. | OBJ. | RCVD. | NOT RCVD. | DATE |
| | | | Dep. Ex. 6) | | | | | |
| | 138 | | Email from Earl to Buchanan/Perlebach enclosing attached 370 & I-80 Sept Offer to Ehlers dated December 5, 2014 (BKS000214 – BKS000223) (Buchanan Dep. Ex. 10) | | | | | |
| | 139 | | Email from Earl to Perlebach/Buchanan re Conversations with Bruce Fountain and Lee Ehlers dated December 8, 2014 (BKS000225) (Buchanan Dep. Ex. 11) | | | | | |
| | 140 | | Email from Perlebach to Earl/Mallett enclosing Purchase Agreement dated December 10, 2014 (BKS000209 – BKS000212) (Buchanan Dep. Ex. 13) | | | | | |
| | 141 | | Email from Earl to Perlebach/Mallett enclosing Purchase Agreement dated December 10, 2014 (BKS000233 – BKS000236) (Buchanan Dep. Ex. 14) | | | | | |
| | 142 | | Email from Perlebach to Earl/Mallett enclosing Revised Agreement dated December 10, 2014 (BKS000237 – BLS000240) (Buchanan Dep. Ex. 15) | | | | | |
| | 143 | | Email from Mallett to Earl, Perlebach & Buchanan enclosing Contracts and dated December 19, 2014 (BKS000150 – BKS000158) (Buchanan Dep. Ex. 17) | | | | | |
| | 144 | | 12/19/14 Email from Mike Earl to Lee Ehlers with Attached Four-Page Contract for Sale of Real Estate (INVR-SUB000197-INVR-SUB000201) (Ehlers Dep. Ex. 24) | | | | | |
| | 145 | | Email from Earl to Buchanan & Perlebach enclosing Clean & Red-Lined Purchase Agreements dated December 31, 2014 (BKS000160 – BKS000168) (Buchanan Dep. Ex. 22) | | | | | |

OBJECTIONS:
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)
4814-5870-0096.1

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLT. | DEF. | 3RD PTY. | DESCRIPTION | OFF. | OBJ. | RCVD. | NOT RCVD. | DATE |
| | 146 | | Email dated December 29, 2014 from Jim Murray to Catherine French with Attached Contract of Sale of Real Estate with Handwritten Changes (INVR-SUB000226) (Ehlers Dep. Ex. 25) | | | | | |
| | 147 | | Email from Earl to Buchanan & Perlebach enclosing Phase II Environmental Assessment dated January 6, 2015 (BKS000186 – BKS000205) (Buchanan Dep. Ex. 23) | | | | | |
| | 148 | | Redacted Email from Earl to Buchanan RE Meeting dated January 9, 2015 (BKS00159) (Buchanan Dep. Ex. 24) | | | | | |
| | 149 | | Email String between Mallett, Earl, Perlebach, French, Murray, Anderson & Ehlers RE Agreement Buyer Changes dated January 2015 (BKS000226 – BKS000228) (Buchanan Dep. Ex. 25) | | | | | |
| | 150 | | Email String between Mallett, Earl, Perlebach, French, Murray, Anderson & Ehlers RE Agreement Buyer Changes dated January 2015 (BKS000229 – BKS000232) (Buchanan Dep. Ex. 26) | | | | | |
| | 151 | | 1/13/15 Email Exchange Between Lee Ehlers and Catherine French and others (INVR-SUB000237-INVR-SUB000238) (Ehlers Dep. Ex. 26) | | | | | |
| | 152 | | Redacted Email from Earl to Buchanan RE Hearing Back from Ehlers Next Week dated January 22, 2015 (BKS00241) (Buchanan Dep. Ex. 27) | | | | | |
| | 153 | | Email from Ehlers to Murray regarding listing (Ehlers Dep. Ex. 27) | | | | | |
| | 154 | | Contract for Sale of Real Estate (BKS00286 – BKS00287) (Buchanan Dep. Ex. 29) | | | | | |

OBJECTIONS:
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)
4814-5870-0096.1

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLT. | DEF. | 3RD PTY. | DESCRIPTION | OFF. | OBJ. | RCVD. | NOT RCVD. | DATE |
| | 155 | | Email from Earl to Ehlers dated, 2015 extending offer (INVR-SUB000311 - INVR-SUB000313) (Ehlers Dep. Ex. 8) | | | | | |
| | 156 | | Email from Earl to Ehlers dated May 15, 2015 enclosing offer (INVR-SUB000320 – INVR-SUB000323) (Ehlers Dep. Ex. 9) | | | | | |
| | 157 | | 5/15/15 Email from Michael Earl to Jim Murray (INVR-SUB000289) (Murray Dep. Ex. 7) | | | | | |
| | 158 | | May 19, 2015 email from Earl to Murray with handwritten comments (INVR-SUB000291) (Ehlers Dep. Ex. 18) | | | | | |
| | 159 | | Email from Murray to Ehlers dated July 14, 2015 (INVR-SUB000353 – INVR-SUB000354)(Ehlers Dep. Ex. 19) | | | | | |
| | 160 | | Email from Ehlers to Murray dated February 4, 2015 providing offer from developer (INVR-SUB000241 – INVR-SUB000242) (Ehlers Dep. Ex. 20) | | | | | |
| | 161 | | Email from Ehlers to Thaemert dated February of 2015 rejecting offer (INVR-SUB000254 – INVR-SUB000255) (Ehlers Dep. Ex. 21) | | | | | |
| | 162 | | Email from Thaemert to Ehlers providing offer from Murphy Oil dated February 2015 (INVR-SUB000243, INVR-SUB000251 – INVR-SUB000253) Ehlers Dep. Ex. 22) | | | | | |
| | 163 | | Email from Waters to Slovek dated January 27, 2015 (PRIV-QT000071) | | | | | |
| | 164 | | Complaint dated August 28, 2015, *Buck's, Inc. v. QuikTrip Corporation*, District Court of Sarpy County, Nebraska, Case No. CI15 – 1295 (Buchanan Dep. Ex. 2) | | | | | |
| | 165 | | Email String dated November 11, 2014 | | | | | |

OBJECTIONS:
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)
4814-5870-0096.1

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLT. | DEF. | 3RD PTY. | DESCRIPTION | OFF. | OBJ. | RCVD. | NOT RCVD. | DATE |
| | | | (BKS00179) (Buchanan Dep. Ex. 7) | | | | | |
| | 166 | | Email exchange between Talcott & White dated December 23, 2014 with Contract for Sale of Real Estate attached (QT001383-QT001395) (White Dep. Ex. 1) | | | | | |
| | 167 | | Email exchange between White & Talcott dated December 23, 2014 RE Notice of Equitable Interest with Notice of Equitable Interest attached (QT001374-QT001376) (White Dep. Ex. 2) | | | | | |
| | 168 | | Email exchange between White, Talcott, Vaughan & Panter dated January 5, 2015 RE Notice of Equitable Interest with Filed Notice of Equitable Interest attached (QT001127-QT001129) (White Dep. Ex. 3) | | | | | |
| | 169 | | Email exchange between White, Murray & Talcott dated December 24, 2014 RE Contract with QuickTrip Corporation (QT001244-QT001246) (White Dep. Ex. 4) | | | | | |
| | 170 | | Email exchange between White, Vaughan, Panter & Talcott dated January 6, 2015 RE Notice (QT00370-QT00372) (White Dep. Ex. 5) | | | | | |
| | 171 | | Email exchange between Talcott, Vaughan, Panter & White dated January 13, 2015 (QT001100-QT001102) (White Dep. Ex. 8) | | H | | | |
| | 172 | | Email exchange between Robert Murray, Waters, French, Anderson & White dated January 14, 2015 (QT001106-QT001109) (White Dep. Ex. 11) | | H | | | |
| | 173 | | Email exchange between Pander, White, Talcott, Vaughan & Wells dated January | | | | | |

OBJECTIONS:
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)
4814-5870-0096.1

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLT. | DEF. | 3RD PTY. | DESCRIPTION | OFF. | OBJ. | RCVD. | NOT RCVD. | DATE |
| | | | 14, 2015 (QT001498-QT001499) (White Dep. Ex. 13) | | | | | |
| | 174 | | Email exchange between White, Talcott, Vaughan & Panter dated January 15, 2015 (QT001503-QT001504) (White Dep. Ex. 14) | | H | | | |
| | 175 | | Confidentiality Agreement dated May 8, 2015 (Earl Dep. Ex. 1) | | | | | |
| | 176 | | Plaintiff's Answers to Defendant's First Set of Interrogatories dated December 31, 2015 | | | | | |
| | 177 | | Trial Subpoena served upon James "Jim" Murray on January 10, 2017 | | | | | |

Demonstratives to be shared with opposing counsel pre-trial.

Dated this _____ day of January, 2017.

BUCK'S, INC., Plaintiff

By: /s Kristopher J. Covi
    Kristopher J. Covi
    McGrath North Mullin & Kratz, PC
    First National Tower, Suite 3700
    1601 Dodge Street
    Omaha, NE 68102
    Telephone: (402) 341-3070
    Facsimile: (402) 341-0216
    kcovi@mcgrathnorth.com

OBJECTIONS:
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)
4814-5870-0096.1

QUIKTRIP CORPORATION, Defendant

By: */s/Amy L. Van Horne*

Robert M. Slovek, #17798
Amy L. Van Horne, #22520
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
robert.slovek@kutakrock.com
amy.vanhorne@kutakrock.com

OBJECTIONS:
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)
4814-5870-0096.1