IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUCK'S, INC., A NEBRASKA CORPORATION,<br><br>          Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>QUIKTRIP CORPORATION, AN OKLAHOMA CORPORATION,<br><br>          Defendant and Counterclaimant. | 8:15-CV-340<br><br>ORDER |

   Pursuant to the Court's Order of February 10, 2017 (filing 103), IT IS ORDERED that the plaintiff's constructive trust claim is dismissed.

   Dated this 13th day of March, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge
