IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUCK'S, INC., A NEBRASKA CORPORATION, | |
| Plaintiff and Counterclaim Defendant, | 8:15-CV-340 |
| vs. | JUDGMENT |
| QUIKTRIP CORPORATION, AN OKLAHOMA CORPORATION, | |
| Defendant and Counterclaimant. | |

Pursuant to the jury's verdict of February 10, 2017 (filing 101), and the accompanying orders, judgment is hereby entered in favor of the defendant and counterclaimant.

Dated this 13th day of March, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge